**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TRADITION HOMES, LLC,
etc.,

     Plaintiff,

v.                                                             CASE NO. 3:06-cv-558-J-33HTS

TEXTRON FINANCIAL
CORPORATION, etc.,
et al.,

     Defendants.
_____

### O R D E R

     Defendants' Rule 26(a) Disclosure (Doc. #13) is **STRICKEN** in light of Rule 5(d), Federal Rules of Civil Procedure, which states that "disclosures under Rule 26(a)(1) . . . must not be filed until they are used in the proceeding or the court orders filing[.]"

     **DONE AND ORDERED** at Jacksonville, Florida, this 14th day of September, 2006.

                                         /s/       Howard T. Snyder
                                         HOWARD T. SNYDER
                                         UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record
     and pro se parties, if any